UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BRETT FUIKS, GEOFFREY HOWELL,    )
and KENNETH CHAPMAN,             )
                                 )
        Plaintiffs,              )
                                 )
        v.                       )        Case No. 4:26 CV 190 CDP
                                 )
CONNOR MCCLANAHAN,               )
                                 )
        Defendant.               )

## MEMORANDUM AND ORDER

Although defendant is in default, in the interest of justice, the Court will grant in part and deny in part his request for additional time to file a responsive pleading to the amended complaint.  The Court notes that plaintiffs have filed a motion for entry of default that remains pending.  Defendant is warned that if he does not cure the default within the time listed, the Court will direct the Clerk to enter default.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's Motion for Extension of Time [12] is granted in part and denied in part; defendant must file his responsive pleading no later than **May 18, 2026**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of April, 2026.